
EBP/MRP: USAO 2011R00054

FILED
LOGGED                    ENTERED
MAR 0 7 2011              RECEIVED
CLERK AT GREENBELT
DISTRICT U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *     CRIMINAL NO. WT 11 CR 01 |
| | * |
| JOSE MARLON ORTIZ-GOMEZ, | *     (Reentry of Alien Deported After |
| | *     Aggravated Felony Conviction, |
| Defendant | *     8 U.S.C. §§ 1326(a) and (b)(2)) |
| | * |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about February 2, 2011, in the District of Maryland, the defendant,

### JOSE MARLON ORTIZ-GOMEZ,

an alien who previously had been deported and removed, after having been convicted of an

aggravated felony, knowingly and unlawfully entered and was found in the United States of

America, the said defendant having not obtained the express consent of the Attorney General of

the United States or his successor, the Secretary for Homeland Security (Title 6, United States

Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as

required by law.

8 U.S.C. §§ 1326(a) & (b)(2)

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

_Lud Rosenstein_ / EBP

Rod J. Rosenstein
United States Attorney

_March 7, 2011_

Date