Page -8-
John Chamble, Esq.
March 11, 2011

___ FILED  ___ ENTERED
___ LOGGED ___ RECEIVED

MAR 1 6 2011

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## ATTACHMENT A: STATEMENT OF FACTS
### JOSE MARLON ORTIZ-GOMEZ

*The parties hereby stipulate and agree that had this matter gone to trial, the government would have proven the following facts beyond a reasonable doubt. The parties further stipulate and agree that these facts do not encompass all of the facts which would have been proven at trial.*

Defendant **JOSE MARLON ORTIZ-GOMEZ** is a citizen of El Salvador and has never been a United States citizen. On August 26, 2000, **ORTIZ-GOMEZ** entered the United States without inspection near Eagle Pass, Texas.

On October 1, 2008, **ORTIZ-GOMEZ** was convicted of theft over $500 in Montgomery County, Maryland, and sentenced to five years in prison. On May 11, 2009, **ORTIZ-GOMEZ** was deported to El Salvador through Houston, Texas.

On or about August 30, 2009, **ORTIZ-GOMEZ** reentered the United States without inspection near Lukeville, Arizona. On February 2, 2011, **ORTIZ-GOMEZ** was discovered as an inmate at the Montgomery County Detention Center. On February 4, 2011, **ORTIZ-GOMEZ** was transferred into the custody of agents from U.S. Immigration and Customs Enforcement. **ORTIZ-GOMEZ** had not received the express permission of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to apply for readmission.

\* \* \* \* \*

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

3-15-11
Date

_____
Jose Marlon Ortiz-Gomez

I am Jose Marlon Ortiz-Gomez's attorney. I have carefully reviewed the statement of facts with him.

3·15·11
Date

_____
John C. Chamble, Esq.